# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amanda M. Stoican, | Case No.  CV 24-00922-DMG-MAR |
| Plaintiff, | **ORDER RE STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [17]** |
| v. | |
| Carolyn Colvin, COMMISIONER OF SOCIAL SECURTY, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS HEREBY ORDERED** that fees and expenses in the amount of FIVE THOUSAND 00/100 ($5,000.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATED:  December 23, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE